**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00869-CV

————————————

**RUTH BACARDI & COMPANY, Appellant**

**V.**

**NAJIB BAOULOS, Appellee**

---

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Case No. 2016-44867

---

## MEMORANDUM OPINION

Appellant, Ruth Bacardi & Company, has neither established indigence nor

paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX.

R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal,

appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellee subsequently filed a motion to dismiss the appeal for want of prosecution. More than ten days have passed and appellant failed to respond to the motion to dismiss. *See* TEX. R. APP. P. 10.3. Accordingly, we grant the motion and dismiss the appeal for want of prosecution. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.